UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
CHARANJIT SINGH,

                Plaintiff,           **MEMORANDUM OF
DECINISON      **

    - v -
                                CV-04-1861(ERK)(VVP)

DEUTSCHE BANK TRUST COMPANY
AMERICAS,

                Defendant.
-------------------------------------------------------------------x

At a conference and discovery hearing held on July 7, 2005, the court heard argument and made rulings concerning various objections lodged by the defendant to certain interrogatories and document requests served by the plaintiff, which rulings are memorialized below:

*Interrogatory 2.* The defendant shall provide the name, title, race and home address of all individuals employed in the plaintiff's Division as a Director, Vice-President, or Assistant Vice-President (hereinafter, "comparators") during the period when Grantham served as supervisor of the Division (hereinafter the "Grantham era");

*Interrogatory 8.* The defendant shall identify each person who assumed all or any part of the duties previously performed by the plaintiff during the six-month period after the defendant's termination;

*Document Request 9.* The defendant shall provide documents concerning the hiring of any person identified in response to Interrogatory 8 who was hired during the six-month period after the defendant's termination;

*Document Request 16.* The defendant shall provide documents reflecting all warnings and discipline imposed on comparators for tardiness, absence and unauthorized work from home during the Grantham era, and documents reflecting all discipline imposed on any employee in the plaintiff's Division to whom "final warnings" were issued by Grantham.

*Document Request 19.*  The defendant shall produce documents reflecting the race, title or position held, dates of employment, home address and telephone number of every non-white Indian who was employed in the plaintiff's Division during the Grantham era.

*Document Request 27.*  The defendant shall produce documents sufficient to reflect the salaries, benefits, bonuses and other employee compensation paid to the plaintiff and to the comparators during the period from 2001 to the present.

The above discovery shall be produced within 20 days.  Except as set forth above the plaintiff's requests for rulings compelling production of the discovery identified in the plaintiff's June 29, 2005 letter were denied.

**SO ORDERED:**

Viktor V. Pohorelsky

VIKTOR V. POHORELSKY
United States Magistrate Judge

Dated:        Brooklyn, New York
              July 8, 2005