| UNITED STATES DISTRICT COURT | | NOT FOR PUBLICATION |
|---|---|---|
| EASTERN DISTRICT OF NEW YORK | | |
| ------------------------------------------------------------------X | | |
| CHARANJIT SINGH, | : | |
| | : | 04-CV-1861 (ERK)(VVP) |
| Plaintiff, | : | |
| | : | **ORDER** |
| -against- | : | |
| | : | |
| DEUTSCHE BANK TRUST | : | |
| COMPANY AMERICAS, | : | |
| | : | |
| Defendant | : | |
| ------------------------------------------------------------------X | | |

KORMAN, Chief Judge.

Charanjit Singh, an individual of Indian descent, brought an action against Deutsche Bank Trust Company Americas ("Deutsche Bank"), the defendant, for unlawful discrimination on the basis of race, skin color and national origin under 42 U.S.C. § 1981. Plaintiff was terminated from his employment and alleges that his termination was the result of disparate treatment. Deutsche Bank argues that plaintiff was terminated as a result of his inferior work ethic, including repeated tardiness and unauthorized work from home. Plaintiff seeks reinstatement and damages.

On July 8, 2005, the U.S. magistrate judge issued an order granting plaintiff's discovery request in part and denying the request in part. Pursuant to Fed. R. Civ. P. 72(a), plaintiff filed objections to the order, arguing that the order is clearly erroneous in part and is contrary to law in part. Plaintiff now moves to vacate the order. Because I conclude that the order was a reasonable exercise of discretion, the order of the U.S. magistrate judge is affirmed.

**SO ORDERED.**

Brooklyn, New York
December 20, 2005

                                                        ___S/_____
                                                        Edward R. Korman
                                                        United States District Judge