D+F
C/F

# EPSTEIN BECKER & GREEN, P.C.

ATTORNEYS AT LAW
250 PARK AVENUE
NEW YORK, NEW YORK 10177-1211
212.351.4500
FAX: 212.661.0989
EBGLAW.COM

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.

★ JUN 14 2006 ★

MICHAEL A. KALISH
TEL: 212.351.3738
FAX: 212.878.8738
MKALISH@EBGLAW.COM

**BROOKLYN OFFICE**

June 9, 2006

*Order
The application
is granted*

s/Edward Korman

ERD J

6/12/06

**VIA ECF**

Hon. Edward R. Korman
United States District Judge
Eastern District of New York
United States Courthouse
Room 448
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Charanjit Singh v. Deutsche Bank Trust Company Americas,
2004 CV 1861 (ERK) (RER)

Dear Judge Korman:

This firm represents the defendant, Deutsche Bank Trust Company Americas, in the referenced matter. In light of Your Honor's grant of plaintiff's application to have until June 23, 2006 in which to oppose defendant's motion for summary judgment that was served on him on April 17, 2006, and in light of summer vacation schedules, defendant respectfully requests that it be granted until July 14, 2006 in which to submit any reply.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael A. Kalish

cc: Michael G. O'Neill, Esq. (Counsel for Plaintiff)

ATLANTA • CHICAGO • DALLAS • HOUSTON • LOS ANGELES • MIAMI
NEWARK • NEW YORK • SAN FRANCISCO • STAMFORD • WASHINGTON, D.C.

NY:1173402v1          EPSTEIN BECKER GREEN WICKLIFF & HALL, P.C. IN TEXAS ONLY