UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARANJIT SINGH,　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　　　　　　　　　　　　　　　　　　04-CV- 1861 (ERK)
　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　**FILED**
　　　　　　　　　　　　　　　　　　　　　　　IN CLERK'S OFFICE
DEUTSCHE BANK TRUST COMPANY　　　　U.S. DISTRICT COURT, E.D.N.Y.
AMERICAS,
　　　　　　　　　　　　　　　　　　　　　　　★ NOV 13 2006 ★

　　　　　　　Defendant.　　　　　　　　　　　BROOKLYN OFFICE
-----------------------------------------------------------------X

　　　A Memorandum and Order of Honorable Edward R. Korman, United States District Judge, having been filed on October 18, 2006, granting defendant's motion for summary judgment; it is

　　　ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that defendant's motion for summary judgment is granted.

Dated: Brooklyn, New York
　　　　November 03, 2006　　　　　　　　　　s/Robert C. Heinemann
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. HEINEMANN
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court